## 58679. RUTLEDGE v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED MAY 12, 1980 —

*Henry A. Keever, Ben Lancaster,* for appellant.
*Charles Crawford, District Attorney,* for appellee.